IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.  1:25-CR-215 (AMN) |
| v. | ) **Information** |
| **JAMEL PHILLIPS,** | ) Violation:  21 U.S.C. § 841(a)(1) and (b)(1)(B) [Distribution of a Controlled Substance] |
| **Defendant.** | ) 18 U.S.C. § 933(a)(2) [Trafficking in Firearms] |
| | ) 2 Counts & Forfeiture Allegation |
| | ) Counties of Offenses:  Rensselaer, New York Mecklenburg, North Carolina |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 2 4 2025
AT____ O'CLOCK____
John M. Domurad, Clerk - Albany

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**[Distribution of a Controlled Substance (Methamphetamine)]**

On or about August 23, 2023, in Rensselaer County in the Northern District of New York, the defendant, **JAMEL PHILLIPS**, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

**COUNT TWO**
**[Trafficking Firearms]**

On or between April 2023 and July 2023, in Mecklenburg County in the Western District of North Carolina, the defendant, **JAMEL PHILLIPS**, did receive from another person, in or otherwise affecting interstate or foreign commerce, one and more firearms, including, but not limited to: two Taurus G3C 9mm pistols bearing serial numbers ADM030376 and ADM030552,

and one Taurus 9mm pistol bearing serial number ADL956404, knowing or having reasonable cause to believe that such receipt would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(2).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 841, as charged in Count 1 of this information, the defendant **JAMEL PHILLIPS** shall forfeit to the United States of America any property constituting, and derived from, any proceeds obtained, directly and indirectly, as the result of such offense and any property used, and intended to be used, in any manner and part, to commit, and to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

    a) a money judgment in the amount of $1,500.

### Substitute Assets

If any of the property described above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third party;

    c) has been placed beyond the jurisdiction of the court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty,

2

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

Dated: June 24, 2025

JOHN A. SARCONE III
United States Attorney

By: *Joseph S. Hartunian* /me
Joseph S. Hartunian
Assistant United States Attorney
Bar Roll No. 704398